IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LATONIA TATUM                                                           PLAINTIFF

v.                            Case No. 1:18-cv-1061

ANDREW SAUL
Commissioner, Social Security Administration                            DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed on December 16, 2019 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 24.  Judge Bryant recommends that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act ("EAJA") be **GRANTED IN PART**.  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1). Upon consideration, the Court adopts the Report and Recommendation.

Accordingly, the Court finds that Plaintiff is entitled to compensation under the EAJA in the amount of $5,310.33.  This award represents 36.4 attorney hours at an hourly rate of $145.88 for work performed.  This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

The parties are reminded that the award herein under the EAJA will be taken into account at such time as a reasonable fee is determined pursuant to 42 U.S.C. § 406 in order to prevent double recovery by counsel for Plaintiff.

**IT IS SO ORDERED**, this 6th day of January, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge